UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF UA LOCAL 159
HEALTH AND WELFARE TRUST
FUND, et al.,

    Plaintiffs,

    v.

RUIZ BROTHERS PREFERRED
PLUMBING, INC., et al.,

    Defendants.
_____/

No. C 09-2397 PJH

**ORDER**

The complaint in the above-entitled action was filed on May 29, 2009. On June 19, 2009, plaintiffs filed a certificate of service stating that defendants James Luis Ruiz and Ruiz Brothers Preferred Plumbing, Inc. were served on June 4, 2009, and that defendants Emilio Ruiz and Federico Ruiz were served on June 9, 2009.

On June 24, 2009, defendants filed two documents, each entitled "Defendants' Motion to Dismiss Purusant [sic] to Federal Rule of Civil Procedure 12B6 [sic]." The two documents appear to be identical, except that one has a proposed order as an attachment.

The "motions," which reflect an astonishing lack of familiarity with the Federal Rules of Civil Procedure and the Civil Local Rules of this court, are improper for the following reasons:

    1. The "motions" begin with "General Denials and Specific Responses," in the form of an answer. An answer is a responsive pleading, and as such should not be combined with a motion to dismiss. Moreover, an answer is filed only where the defendant

1 does not file a motion to dismiss a complaint (or a counterclaim or crossclaim).  See
2 generally Fed. R. Civ. P. 12(a), (b).

3 　　　　2.　　The docket entries (which are not considered part of the motion
4 papers) reflect an intent to have the "motions" heard on July 29, 2009.  However, neither of
5 the "motions" is accompanied by a notice of motion.  See Civ. L.R. 7-2(a), (b).  Thus, no
6 date or time has been noticed for the "motions."

7 　　　　3.　　The "motions" are not presented in the form set forth in Civil Local Rule
8 7-2(b).  In particular, apart from the lack of notice, while the "motions" purport to seek
9 dismissal for lack of personal jurisdiction, to dismiss for insufficient process, and to dismiss
10 for failure to state a claim, the "motions" do not contain "a concise statement of what relief
11 or Court action the movant seeks."  Civ. L.R. 7-2(b).  In addition, the "motions" are not
12 supported by points and authorities.  See Civ. L.R. 7-2(b); see also Civ. L.R. 7-4.

13 　　Defendants are hereby ORDERED to withdraw the "motions" filed on June 24, 2009,
14 and to file either an answer to the complaint, or a single motion to dismiss that complies
15 with the Federal Rules and the Civil Local Rules.  The court will extend the time for filing
16 either an answer or a Rule 12(b) motion until July 8, 2009.  The parties may, of course,
17 stipulate to an additional extension.

18 　　In addition, the court encourages counsel to meet and confer regarding, for example,
19 the question whether an incomplete copy of the complaint was served on defendants.

20
21 **IT IS SO ORDERED.**
22 Dated:  June 26, 2009
23 　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　United States District Judge

2