UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF UA LOCAL 159 HEALTH
AND WELFARE TRUST FUND, et al.,

    Plaintiff(s),

    v.

RUIZ BROTHERS PREFERRED
PLUMBING, INC., et al.,

    Defendant(s).
_____/

No. C 09-2397 PJH

**ORDER TO SHOW CAUSE**

Defendants in the above-entitled matter having failed to appear at the case management conference on September 10, 2009, and plaintiffs having appeared as ordered,

THE COURT hereby issues an ORDER TO SHOW CAUSE why sanctions should not be imposed or defendants' default entered.

The hearing on the order to show cause will be held on September 17, 2009, at 2:30 pm., Oakland Courthouse. If defendants fail to appear at the hearing, sanctions may be imposed or their default may be entered.

**IT IS SO ORDERED.**

Dated: September 10, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge