1  **DAVIS, COWELL & BOWE, LLP**
2  John J. Davis, Jr., SBN 065594
   jjdavis@dcbsf.com
3  Adam J. Zapala, SBN 245748
4  az@dcbsf.com
   595 Market Street, Suite 1400
5  San Francisco, CA 94105
6  Tel:   (415) 597-7200
   Fax:   (415) 597-7201
7
8  Attorneys for Plaintiffs
9

10                 UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13 TRUSTEES OF U.A. LOCAL 159 Health &      ) Case No.  4:09 cv  2397 PJH
   Welfare Trust Fund, Pension Trust Fund,  )
14 Apprentice Training Fund; TRUSTEES OF THE)
15 PIPE TRADES DISTRICT COUNCIL NO. 36      ) [proposed] ORDER EXTENDING
   Health & Welfare Trust Fund,  Pension Trust ) TIME FOR COMPLETION OF
16 Fund, Apprentice Training Fund; TRUSTEES ) ADR PROCESS
17 OF THE NORTHERN CALIFORNIA PIPE          )
   TRADES Health & Welfare Trust Fund, Pension ) E-FILING
18 Trust Fund,  Apprentice Training Fund,   )
19                                          ) Filed:     May 29, 2009
20         Plaintiffs,                      )
                                            ) Judge:     Hon. Phyllis J. Hamilton
21     v.                                   )           Courtroom No. 3
22                                          )           3rd Floor
23 RUIZ BROTHERS PREFERRED PLUMBING,        )           1301 Clay Street
   INC; JAMES LUIS RUIZ, EMILIO RUIZ,       )           Oakland, CA 94612
24 FEDERICO RUIZ; AND DOES 1 THROUGH        )
   10, inclusive.                           )
25                                          )
26         Defendants.                      )
27 _____/
28

                                 1
[proposed] ORDER EXTENDING TIME FOR ADR SESSION
                                                        Case No.: 4:09-cv-2397 PJH

## ORDER OF THE COURT

The parties have submitted a joint stipulation requesting an order extending the time for completing the ADR ENE session.

Having considered the stipulation and supporting documents and finding good cause, the Court hereby orders the period for completing the ADR session outlined in ADR Local Rule 3-6 to be extended to January 18, 2010.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: 12/3/09

_____
Hon. Judge Phyllis J. Hamilton



# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 1, 2009, the foregoing **[proposed] ORDER EXTENDING TIME FOR COMPLETION OF ADR PROCESS** has been filed through the Court's ECF filing system and I am informed that it will be sent electronically to the following registered participants as identified on the Court's Notice of Electronic Filing.  The foregoing will be sent via first class mail to the defendants and/or attorneys of record who are not indicated as participants.

**Via First Class Mail:**

Dated:  December 1, 2009                                    */s/ Adam J. Zapala*
                                                            ADAM J. ZAPALA