**United States District Court**
For the Northern District of California

1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5
6
7  TRUSTEES OF UA LOCAL 159
   HEALTH & WELFARE TRUST FUND,
8  et al.,
9              Plaintiff(s),              No. C 09-2397 PJH
10         v.                             **ORDER**
11
   RUIZ BROTHERS PREFERRED
12 PLUMBING INC., et al.,
13             Defendant(s).
   _____/
14

15         Pursuant to the discussion at the April 15, 2010 case management conference, the

16 court enters the following orders:

17         1.    The parties shall immediately meet and confer to prepare a stipulated

18               protective order which shall be filed by April 22, 2010.  If for some reason the

19               parties cannot agree on its contents, each side shall submit a proposed order

20               and the court will select one.

21         2.    As previously ordered, defendants shall submit to an audit to commence no

22               later than May 17, 2010.  If defendants do not cooperate in the audit,

23               monetary sanctions will be imposed.

24         3.    The motion for contempt filed on April 14, 2010 by plaintiffs and noticed for

25               hearing on May 26, 2010, is taken off calendar pending completion of the

26               audit.  If defendants fails to cooperate with the audit, plaintiffs may need to

27               supplement the motion.  No opposition needs to be filed until further order of

28               the court.

4.     A further case management conference shall take place on June 17, 2010 at 2:00 p.m.  At that time the court will enter a pretrial schedule including briefing and hearing deadlines for any motion for sanctions and any motion to dismiss defendants' counterclaims.

**IT IS SO ORDERED.**

Dated: April 16, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California