1  DANIEL J. MULLER (SBN #193396)
   NIXON PEABODY LLP
2  2 Palo Alto Square
   3000 El Camino Real, Ste. 500
3  Palo Alto, CA 94306
   Telephone: (650) 320-7700
4  Fax: (650) 320-7701

5  Attorneys for Defendants
   RUIZ BROTHERS PREFERRED PLUMBING, INC.,
6  JAMES LUIS RUIZ; EMILIO RUIZ and FEDERICO RUIZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF U.A. LOCAL 159 HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUIZ BROTHER PREFERRED PLUMBING, INC., et al., <br><br> Defendants. | Case No.: C-09-2397 PJH <br><br> **SUBSTITUTION OF COUNSEL** |

It is hereby stipulated and consented that Daniel J. Muller of Nixon Peabody LLP, 2 Palo Alto Square, 3000 El Camino Real, Suite 500, Palo Alto, California, 94306, be and hereby is substituted in place and instead of Madsen & Wolch, LLP, as attorneys for the Defendants RUIZ BROTHERS PREFERRED PLUMBING, INC., JAMES LUIS RUIZ, EMILIO RUIZ, AND FEDERICO RUIZ, in this action and that this substitution be entered into effect without further notice.

| | |
|---|---|
| DATED: October __1__, 2010 | NIXON PEABODY, LLP<br><br>By: _/s/ Daniel J. Muller_<br>Daniel J. Muller |
| DATED: October ___, 2010 | MADSEN & WOLCH, LLP<br><br>By: _____<br>Matthew M. Oliveri |
| DATED: October ___, 2010 | RUIZ BROTHERS PREFERRED PLUMBING, INC.<br><br>By: _/s/_<br>Defendant |
| DATED: October ___, 2010 | _/s/_<br>James Luis Ruiz<br>Defendant |
| DATED: October __1__, 2010 | _/s/_<br>Emilio Ruiz<br>Defendant |

13017906

-2-

| | |
|---|---|
| DATED: October _1_, 2010 | NIXON PEABODY, LLP<br><br>By: _/s/ Daniel J. Muller_<br>Daniel J. Muller |
| DATED: October _1_, 2010 | MADSEN & WOLCH, LLP<br><br>By: _/s/ Matthew M. Oliveri_<br>Matthew M. Oliveri |
| DATED: October ___, 2010 | RUIZ BROTHERS PREFERRED PLUMBING, INC.<br><br>By:_____<br>Defendant |
| DATED: October ___, 2010 | _____<br>James Luis Ruiz<br>Defendant |
| DATED: October ___, 2010 | _____<br>Emilio Ruiz<br>Defendant |

13017906

-2-

DATED: October 4, 2010



Federico Ruiz
Defendant

10/21/10

