United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF UA LOCAL 159 HEALTH AND WELFARE TRUST FUND, et al.,

    Plaintiffs,

    v.

RUIZ BROTHERS PREFERRED PLUMBING, INC., et al.,

    Defendants.
_____/

No. C 09-2397 PJH

**ORDER**

Defendants' motion for judgment on the pleadings, motion for leave to file a third-party complaint, and motion for leave to file an amended answer came on for hearing before this court on January 12, 2011. Plaintiffs appeared by their counsel John J. Davis, Jr. and Adam J. Zapala, and defendants appeared by their counsel Daniel J. Muller. Having read the parties' papers and carefully considered their arguments and the relevant legal authorities, and good cause appearing, the court hereby rules as follows for the reasons stated at the hearing.

    1.    The motion for judgment on the pleadings is GRANTED as to the allegations against the individual defendants in the first cause of action, and DENIED as to the second cause of action. In addition, plaintiffs are ORDERED to provide a more definite statement. Specifically, plaintiffs must amend the second cause of action for breach of fiduciary duty to clarify which sections of ERISA are alleged to have been violated, and what facts support the alleged violations. The amended complaint (which shall also eliminate the allegations

against the individual defendants in the first cause of action) shall be filed no later than February 9, 2011.

      2.      The motion for leave to file a third-party complaint is GRANTED. The third-party complaint shall be filed no later than February 9, 2011.

      3.      The motion for leave to amend the answer to add a defense of fraud in the execution is DENIED.

**IT IS SO ORDERED.**

Dated: January 13, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge