UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF UA LOCAL 159
HEALTH AND WELFARE TRUST
FUND, et al.,

    Plaintiffs,

    v.

RUIZ BROTHERS PREFERRED
PLUMBING, INC., et al.,

    Defendant.
_____/

No. C 09-2397 PJH

**ORDER CONTINUING HEARING DATE**

    The date for the hearing on defendants' motion to dismiss the first amended complaint, and third-party defendants' motion to dismiss the third-party complaint, previously set for April 6, 2011, has been CONTINUED to Wednesday, May 11, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 4, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge