1  **DAVIS, COWELL & BOWE, LLP**
   John J. Davis, Jr., SBN 065594
2  jjdavis@dcbsf.com
   Adam J. Zapala, SBN 245748
3  az@dcbsf.com
   595 Market Street, Suite 1400
4  San Francisco, CA 94105
   Tel:   (415) 597-7200
5  Fax:   (415) 597-7201

6

7  DANIEL J. MULLER (SBN # 193396)
   djmuller@nixonpeabody.com
8  NIXON PEABODY LLP
   2 Palo Alto Square
9  3000 El Camino Real, Ste. 500
   Palo Alto, CA 94306
10 Tel:   (650) 320-7700
   Fax:   (650) 320-7701
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF U.A. LOCAL 159 Health & Welfare Trust Fund *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUIZ BROTHERS PREFERRED PLUMBING, INC. *et al.*, <br><br> Defendants. <br><br>_____ <br><br> RUIZ BROTHERS PREFERRED PLUMBING, INC., *et al.* <br><br> 3d. Party Plaintiffs, <br><br> v. <br><br> LOCAL UNION NO. 159, *et al.*, <br><br> 3d. Party Defendants. <br><br>_____ | Case No. 4:09 cv 2397 PJH <br><br> **[proposed] ORDER ON JOINT STIPULATION TO CONTINUE HEARING DATE** <br><br> **E-FILING** <br><br> Filed:  May 29, 2009 <br><br> Judge:  Hon. Phyllis J. Hamilton <br> Courtroom No. 3 <br> 3rd Floor <br> 1301 Clay Street <br> Oakland, CA 94612 <br><br> Date:   May 11, 2011 <br><br> Time:   9:00 am |

**[proposed] ORDER RE: JOINT STIPULATION**                              Case No.: 4:09-cv-2397 PJH

# ORDER OF THE COURT

This Court has received the parties' joint stipulation to change the hearing date for the cross-motions to dismiss from May 11, 2011 to either June 29th or July 6th of 2011. Finding good cause, this Court orders that the hearing date for the aforementioned motions shall be heard on __July 6, 2011 at 9:00 a.m._____. The hearing date presently scheduled for May 11, 2011 is hereby vacated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: April __20___, 2011

Honorable [signature] Hamilton
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

**1**

**[proposed] ORDER RE: JOINT STIPULATION**                          Case No.: 4:09-cv-2397 PJH