UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF UA LOCAL 159
HEALTH AND WELFARE TRUST
FUND, et al.,

        Plaintiff(s),

    v.

RUIZ BROTHERS PREFERRED
PLUMBING INC., et al.,

        Defendant(s).
_____/

No. C 09-2397 PJH

**ORDER TERMINATING MOTIONS**

      Before the court is the notice of settlement filed by the parties on June 30, 2011, in which they advise that they have agreed to a settlement of this case, they request that their pending motions be taken off calendar pending finalization of the settlement documents, and they request that the court not enter a dismissal on its own motion. Given the length of time that this case has been pending and the fact that the hearing on the pending motions has already been continued for a substantial period of time, the court TERMINATES the pending motions found at docket nos. 82 and 83 and VACATES the July 6, 2011 hearing date. Should the settlement fail and the parties wish to proceed with the motions, they will have to be re-noticed for a future hearing in accordance with the local rules.

      Additionally, the court schedules a case management conference to occur on September 1, 2011. This date will be vacated if the dismissal papers are filed by August 31, 2011.

      **IT IS SO ORDERED.**

Dated: July 1, 2011

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge