UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF U.A. LOCAL 159 HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RUIZ BROTHERS PREFERRED PLUMBING, INC., et al.,<br><br>Defendants. | Case No.: C-09-2397 PJH<br><br>[proposed] ORDER REGARDING CASE MANAGEMENT CONFERENCE |

Pursuant to the Parties' Stipulation, the Case Management Conference scheduled for September 1, 2011 shall be continued to October 6, 2011. This date will be vacated if dismissal papers are filed by October 5, 2011.

**IT IS SO ORDERED.**

Dated: August 31, 2011

PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*