UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF U.A. LOCAL 159 HEALTH AND WELFARE TRUST FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RUIZ BROTHERS PREFERRED PLUMBING, INC., et al.,<br><br>　　　　Defendants. | Case No.: C-09-2397 PJH<br><br>[~~proposed~~] ORDER REGARDING CASE MANAGEMENT CONFERENCE |

Pursuant to the Parties' Stipulation, the Case Management Conference scheduled for October 6, 2011 shall be continued to October 13, 2011. This date will be vacated if dismissal papers are filed by October 12, 2011.

**IT IS SO ORDERED.**

Dated: October 6, 2011



ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE
13635857.1

-1-

C-09 2397 PJH